B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: STUDENT FINANCE CORP.　　　　　　　　　　　　Case No. 02-11620

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pioneer Funding Group, LLC | Phoenix Truck Driving Academy, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Pioneer Funding Group, LLC
Greeley Square Station
P.O. Box 20188
New York, NY 10001

Phone: (646) 237-6969
Last Four Digits of Acct #: _____

Court Claim # (if known): __54__
Amount of Claim: __$230,254.00__
Date Claim Filed: __n/a__

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam D. Stein-Sapir　　　　　　　Date: ____07/06/2016____
　　　Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: STUDENT FINANCE CORP.  Case No. 02-11620

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __54__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claims, the transferee filed a Transfer of Claim Other than for Security in the clerk's office on this court of _07/06/2016_.

Pioneer Funding Group, LLC  
Name of Transferee

Phoenix Truck Driving Academy, LLC  
Name of Transferor

Address of Transferee:  
Greeley Square Station  
P.O. Box 20188  
New York, NY 10001

Address of Transferor:  
335 Yusen Drive  
Georgetown, KY 30324

~~ DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____  
**CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Court")
District of Delaware
Attn: Court Clerk

AND TO: Student Finance Corp. (Case No. 02-11620)

**Claim # 54**

Phoenix Truck Driving Academy, LLC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Pioneer Funding Group, LLC
Greeley Square Station
PO Box 20188
New York, NY 10001

its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Claim Number 54 (the "Claim") against Student Finance Corp. (the "Debtor"), Debtor in proceedings for reorganization in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No. 02-11620, and the relevant portion of any and all proofs of claim filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

The Debtor, Court, claims agent and all other interested parties are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 6 day of July, 2016.

PHOENIX TRUCK DRIVING ACADEMY, LLC

_____ President
(Signature)

KEVIN WARREN
(Print Name)

President
(Title)

PIONEER FUNDING GROUP, LLC

_____
(Signature)

Adam D. Stein-Sapir
(Print Name)

Managing Member
(Title)