**IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br>**STUDENT FINANCE CORP.**<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NO. **02-11620-KJC** |

**APPLICATION TO PAY COMBINED UNCLAIMED CHECKS INTO THE COURT**

CHARLES A. STANZIALE, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor's Chapter 11 case was filed on June 5, 2003.

2. The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on November 14, 2003.

3. I was appointed Chapter 7 Bankruptcy Trustee on November 14, 2003.

4. The following Creditors' disbursements were made and returned as undeliverable. The Trustee has exhausted every method of locating said creditors and has been unsuccessful in locating a successor to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 21041 | Caldwell Flexible Staffing Service<br>8 South DuPont Road<br>Wilmington, DE 19805-1412 | 00016 -1 | 368.07 |
| 21046 | Document Security Management<br>PO Box 8112<br>Newark, DE 19714 | 00029 -1 | 8.55 |
| 21057 | Metropolitan Life Insurance Company<br>c/o Cooley Godward Kronish, LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 | 00043 -1 | 970.77 |
| 21062 | Verizon<br>Lorraine Manella/Consultant<br>P.O. Box 588<br>Fair Lawn, NJ 07410 | 00055 -1 | 122.52 |
| 21070 | Fleet Business Credit, LLC<br>c/o Klehr, Harrison<br>1835 Market Street<br>Philadelphia, PA 19103 | 00075 -1 | 498.76 |
| 21071 | Fleet Business Credit, LLC<br>c/o Klehr, Harrison<br>1835 Market Street<br>Philadelphia, PA 19103 | 00076 -1 | 94.02 |

ME1 23761207v.2

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 21073 | Five Star Truck Driving School LLC<br>9721 Ormsby Station Rd., Ste 100<br>Louisville, KY 40223 | 00116 -1 | 35,315.68 |
| 21085 | Hanby's Inc.<br>917 South Heald Street<br>Wilmington, DE 19801 | 00165 -1 | 43.41 |
| 21086 | CDG Interiors<br>835 North Tatnall Street<br>Wilmington, DE 19801 | 00166 -1 | 58.01 |
| 21094 | Document Security Management<br>PO Box 8112<br>Newark, DE 19714 | 00178 -1 | 2.41 |
| 21096 | New Castle Arts, Ltd<br>412 Delaware Street<br>New Castle, DE 19720 | 00180 -1 | 35.75 |
| 21097 | Quality College- Fresno<br>4747 North First, #177<br>Fresno, CA 93726 | 00182 -1 | 806.54 |
| 21098 | AIT Corporation c/o Philip G. Mitchell<br>Jennings Haus & Cunningham<br>2800 North Central Avenue, #1800<br>Phoenix, AZ 85004 | 00183 -1 | 1,415.44 |
|  |  |  | $   39,739.93 |

5. Such a Balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, CHARLES A. STANZIALE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($39,739.93), be paid to the Clerk for deposit to the Treasury.

Dated: November 23, 2016             */s/ Charles A. Stanziale*
                                      Charles A. Stanziale, Chapter 7 Trustee
                                      Four Gateway Center, 100 Mulberry Street
                                      Newark, NJ  07102-4079
                                      (973) 639-7908

ME1 23761207v.2