# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORP., | ) | Case Nos. 02-11620 (KJC) |
| | ) | |
| Debtor. | ) | **Related Docket No. 2355** |

## CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

I, Charles A. Stanziale, Jr., the Chapter 7 Trustee (the "Trustee") in the above-captioned case, hereby certify the following:

1. On November 28, 2016, the Trustee filed the *Application to Pay Combined Unclaimed Check Into the Court* (Docket No. 2355) (the "Application").

2. The Notice provided that any objections or responses to the Application were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on December 15, 2015.

3. As of the date hereof, the undersigned counsel has not been served with any objection to the Application. A review of the Court's docket indicates that, as of this date, no objections to the Application have been filed.

4. However, as a result of filing said Application to Pay Unclaimed funds into the Court, the following creditors have contacted the Trustee and payments are being made from the Trustee's account in the total amount of $36,286.45 as follows

Metropolitan Life Insurance Co.           $ 970.77
Payable to: MetLife,
ATTN: Sheila Robinson
Queens Plaza North
Long Island City, NY 11101

ME1 24021982v.1

Five Star Truck Driving School, LLC                                      $35,315.68
Payable to: Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
*Pursuant to Notice of Transfer of claim filed 12/28/16 [doc 2358]*

      5.      As a result of said payments, the balance to be turned over to the Court is $3,453.38.

      WHEREFORE the undersigned, respectfully requests the Order approving the Application, attached hereto as **Exhibit A**, be entered at the Court's earliest convenience.

Dated: January 21, 2015

                                              By:  */s/ Charles A. Stanziale, Jr.*
                                              Charles A. Stanziale, Jr., Esq.
                                              Four Gateway Center
                                              100 Mulberry Street
                                              Newark, NJ 07102
                                              Telephone: (973) 622-4444
                                              *Chapter 7 Trustee*

# **EXHIBIT A**

ME1 24021982v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORP., | ) | Case Nos. 02-11620 (KJC) |
| | ) | |
| Debtor. | ) | **Related Docket No. 2355 &** |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $3,453.48 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

Dated: _____, 2015
Wilmington, DE

_____
The Kevin J. Carey
United States Bankruptcy Judge

ME1 24021982v.1