IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUDENT FINANCE CORP., | ) | Case Nos. 02-11620 (KJC) |
| | ) | |
| Debtor. | ) | **Related Docket No. 2355 & 2360** |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $3,453.48 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

Dated: Jun 13, 2017
Wilmington, DE

The Kevin J. Carey
United States Bankruptcy Judge

ME1 24021982v.1